IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00439-MSK-MJW

MELVIN LEE WOOLLEY,

Plaintiff(s),

v.

HEARINGS OFFICER PAMELA PERDUE, et al.,

Defendant(s).

**MINUTE ORDER**

It is hereby **ORDERED** that the plaintiff's Motion for Court-Appointed Counsel (Docket No. 21) is denied without prejudice. Appointment of counsel for an indigent inmate under 28 U.S.C. § 1915(d) is within the sound discretion of the court. See Bee v. Utah State Prison, 823 F.2d 397, 399 (10th Cir. 1987). When deciding whether to appoint counsel "the district court should consider a variety of factors, including the merits of the litigant's claims, the nature of the factual issues raised in the claims, the litigant's ability to present his claims, and the complexity of the legal issues raised by the claims." Loftin v. Dalessandri, 2001 WL 20731 (10th Cir. Jan. 9, 2001) (quoting Long v. Shillinger, 927 F.2d 525, 527 (10th Cir. 1991)). Having considered the current record in this case, and having had a conference with the plaintiff, the court finds that, even assuming the plaintiff has a colorable claim, he currently appears to be able to present his case adequately. The factual and legal issues raised are not so numerous or complex that the plaintiff is unable to present his case adequately at this stage of the litigation.

It is further **ORDERED** that the plaintiff's Motion for Deposition of Defendant(s) and Witness (Docket No. 22) is denied without prejudice. A court order is not necessary to depose these witnesses at this time. Pursuant to the Scheduling Order (Docket No. 20), each side is permitted eight depositions. If plaintiff wishes to conduct depositions, he must follow the appropriate Federal Rules of Civil Procedure.

It is further **ORDERED** that the plaintiff's Motion for Extention [sic] of Time (Docket No. 23) is denied. The court finds no basis for a ninety-day extension of the deadlines set just two weeks ago in the Scheduling Order (Docket No. 20).

Date: August 14, 2007